

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIO LOPEZ <br><br> Defendant. | Case No.: ED 10-308 M <br><br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 <br> U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  SOUTHERN  District of  CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN COMMUNITY TIES
- HISTORY OF NON-COMPLIANCE WITH PROBATION

1

1  and/or
2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c).  This finding is based on the following:
6    _____
7    _____
8    _____
9    _____
10
11
12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.
14
15  Dated: 11/29/10
16                                    HONORABLE DAVID T. BRISTOW
                                      United States Magistrate Judge